NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CESAR A. DELA ROSA,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3078

---

Petition for review of the Merit Systems Protection Board in No. SF831E120107-I-1.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

We construe Cesar A. Dela Rosa's June 24, 2013 filing as a motion to submit a supplemental filing. He also moves to "unlock[] the newly submitted documents or pleadings by the respondent party."

The court notes that there do not appear to be any confidential or "locked" documents on the court's electron-

CESAR DELA ROSA V. OPM                                                2

ic filling docket, and Dela Rosa does not mention any specific documents that he seeks to obtain.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to "unlock[] the newly submitted documents or pleadings by the respondent party" is denied.

(2)  The motion to submit a supplemental filing, which the court construes as a reply brief, is granted.

FOR THE COURT


 /s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk

s26